# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

International Union of Operating Engineers,
Local 150, et al.

                                            Plaintiff,

v.                                                      Case No.: 1:19−cv−00811

                                                     Honorable Sharon Johnson Coleman

Purdue Pharma L.P., et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 21, 2019:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 2/21/2019. Defendant McKesson Corporation's motion to stay proceedings pending possible transfer to multidistrict litigation [15] is granted. Plaintiffs presented their motion to remand to the Circuit Court of Cook County, Illinois [12], which the Court stays pending resolution of the possible transfer to multidistrict litigation. Defendants McKesson Corporation and AmerisourceBergen Corporation's unopposed motion for extension of time to respond to the complaint [18] is granted. Defendants McKesson Corporation and AmerisourceBergen Corporation must answer or otherwise respond to plaintiffs' complaint within 30 days of the later of either (1) this action's remand to state court or (2) the entry of a decision by the Judicial Panel on Multidistrict Litigation granting a motion to vacate the conditional transfer order covering this action or finally denying transfer of this action to the multidistrict litigation. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.